UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTINA OROZCO,<br><br>    Defendant. | Case No. 16-cv-06427-DMR<br><br>**ORDER TO SHOW CAUSE RE ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS**<br><br>**AS MODIFIED**<br><br>Re: Dkt. No. 1 |

Petitioner United States of America filed a verified petition to enforce a summons of the Internal Revenue Service. Good cause having been shown by Petitioner, IT IS HEREBY ORDERED that respondent Christina Orozco appear before this Court on **January 26, 2017 at 11:00 a.m.** at the United States District Court, 1301 Clay Street, Oakland, California, and show cause, if any, why respondent should not be compelled to appear and provide documents and testimony as required by the summons served upon Respondent on June 24, 2016 as alleged and set forth in particular in said petition. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars – Judges' Weekly Calendars" link, then select Judge Ryu's calendar).

IT IS FURTHER ORDERED that Petitioner serve a copy of this Order to Show Cause, together with a copy of the aforesaid petition, upon Respondent in accordance with Rule 4 of the Federal Rules of Civil Procedure on or before **December 22, 2016**, fourteen (14) days before the response deadline specified below.

IT IS FURTHER ORDERED that on or before **January 5, 2017**, Respondent may file and serve a written response to the petition, supported by appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion respondent desires to make. Petitioner may file and serve a written reply to such response, if any, on or before **January 12, 2017**.

1   All motions and issues raised by the pleadings will be considered at the hearing on this
2   Order to Show Cause, and only those issues raised by motion or brought into controversy by the
3   responsive pleadings and supported by affidavit(s) or declaration(s) will be considered at the
4   return of this Order, and any uncontested allegation in the petition will be considered admitted.

6   **IT IS SO ORDERED.**

7   Dated: November 23, 2016



Donna M. Ryu
United States Magistrate Judge